The Honorable David G. Estudillo

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TONG HE,<br><br>                Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; TODD LYONS, Acting Director of Immigration and Customs Enforcement,<br><br>                Defendants. | Case No. 3:25-cv-05333-DGE<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

**PLEASE TAKE NOTICE** that Assistant United States Attorney Whitney Passmore hereby withdraws from this case. Lyndsie R. Schmalz, Assistant United States Attorney for the Western District of Washington, will remain as counsel of record.

//

//

//

//

//

//

NOTICE OF WITHDRAWAL OF COUNSEL
[Case No. 3:25-cv-05333-DGE] - 1

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

1     DATED this 6th day of June, 2025.

                                      Respectfully submitted,

                                      TEAL LUTHY MILLER
                                      Acting United States Attorney

                                      *s/ Whitney Passmore*
                                      WHITNEY PASSMORE, FL No. 91922
                                      Assistant United States Attorneys
                                      United States Attorney's Office
                                      Western District of Washington
                                      700 Stewart Street, Suite 5220
                                      Seattle, Washington 98101-1271
                                      Phone: 206-553-7970
                                      Fax:    206-553-4073
                                      Email: whitney.passmore@usdoj.gov

                                      *Attorneys for Defendant*

NOTICE OF WITHDRAWAL OF COUNSEL                    **UNITED STATES ATTORNEY**
[Case No. 3:25-cv-05333-DGE] - 2                                      700 Stewart Street, Suite 5220
                                                                               Seattle, Washington 98101-1271
                                                                                 206-553-7970